AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

FEB 22 2018

MATTHEW J. DYKMAN
CLERK

| United States of America | ) |
|---|---|
| v. | ) |
| Sebastian Jarvison | ) Case No. 18-MJ-553 |
| year of birth 1992 | ) |
| | ) |
| | ) |
| *Defendant(s)* | ) |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __February 14, 2018__ in the county of __McKinley__ in the
_____ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 USC § 875(c) | Interstate Communications |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Jeffrey T. Wright, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: February 22, 2018

_____
*Judge's signature*

City and state: Farmington, New Mexico

B. Paul Briones, US Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF
## CRIMINAL COMPLAINT

I, the undersigned, being duly sworn, state as follows:

### INTRODUCTION AND AGENT BACKGROUND

1. This affidavit is made in support of a Criminal Complaint and an application for an Arrest Warrant for SEBASTIAN JARVISON, year of birth 1992.

2. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been employed in that capacity since August 2008. I am currently assigned to the Albuquerque Field Office, Farmington Resident Agency. My primary duties as a Special Agent with the FBI include investigating violent crimes occurring in Indian Country. I have gained experience in the conduct of such investigations through formal training, previous case investigations, and in consultation with law enforcement partners in local, state and federal law enforcement agencies. As a Federal Agent, I am authorized to investigate violations of the laws of the United States and have authority to execute arrest and search warrants issued under the authority of the United States.

3. This affidavit is based upon my personal knowledge and/or upon information reported to me by other federal, state, and local law enforcement officers during the course of their official duties, all of whom I believe to be truthful and reliable. Throughout this affidavit, reference will be made to law enforcement officers. Law enforcement officers are those federal, state, and local law enforcement officers who have directly participated in this investigation, and with whom your affiant has had regular contact regarding this investigation. This affidavit is also based upon information gained from interviews with cooperating citizen witnesses, whose reliability is established separately herein.

4. Based on my training, experience, and the facts as set forth in this affidavit, I believe there is probable cause that violations of 18 U.S.C. § 875(c) – Interstate Communications—were committed by JARVISON.

5. Because this affidavit is submitted for the limited purpose of securing authorization for a Criminal Complaint and Arrest Warrant, I have not included each and every fact known to me concerning this investigation. This affidavit is intended to show that there is sufficient probable cause for the requested warrant.

## PROBABLE CAUSE

6. On February 16, 2018, the FBI received information from a private citizen regarding threats made by JARVISON on Facebook. JARVISON wrote the following comments on Facebook:

- "Fuck it I'll prove my point and go shoot a school. Im a veteran that has not seen combat"
- "Haha what if a kid lures the guard into the bathroom and shoots him in the back. Now he's got even weapons to kill kids with"
- "Ill put a bomb on a plane"
- "Now I'm gonna go put a bomb on a plane and shoot up a school while on drugs because Jordan Kuepfer was mean to me"

7. On February 21, 2016, JARVISON was interviewed by the FBI. JARVISON read his Miranda rights, and he agreed to talk to FBI agents without an attorney present.

8. JARVISON was shown printouts of the posts he made on Facebook regarding shooting a school and putting a bomb on a plane. JARVISON admitted that he made the posts. JARVISON stated that he had an air rifle, but no actual firearms. JARVISON stated that the

threats he made on Facebook weren't serious. JARVISON used his cell phone to access Facebook. JARVISON made the comments on or about February 14, 2018.

9. Law enforcement conducted an open source internet search and found that Facebook has multiple data centers around the world with a primary data center in Prineville, Oregon. Based on the fact that Facebook is an internet based entity and due to the fact that data centers are located around the world, your affiant believes that there is probable cause that the Facebook posts made by JARVISON were conducted via interstate communication.

10. Based on the aforementioned facts, I believe that on or about February 14, 2018, JARVISON did transmit in interstate or foreign commerce communications containing threats to injure the person of another in violation of Title 18 United States Code, Section 875(c). This violation occurred in the County of McKinley, in the District of New Mexico.

11. This affidavit for criminal complaint has been reviewed and approved by Supervisory Assistant United States Attorney Kimberly Brawley.

Jeffrey T. Wright
Special Agent
Federal Bureau of Investigation

Subscribed and sworn before me this 22 day of February, 2018

United States Magistrate Judge

3